CRAWLEY, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App. P.; Rule 28(a), Ala. R.App. P.; Rule 45, Ala. R.App. P.; Ex parte Mountain Heating and Cooling, Inc.., 867 So.2d 1112 (Ala.2003); Reeves Cedarhurst Dev. Corp. v. First Amfed Corp., 607 So.2d 184 (Ala.1992); McLemore v. Fleming, 604 So.2d 353 (Ala.1992); Stover v. Alabama Farm Bureau Ins. Co., 467 So.2d 251, 253 (Ala.1985); and Sanders v. Mullins, 579 So.2d 1349, 1350 (Ala.Civ.App.1990).
This case was transferred to this court by the supreme court, pursuant to § 12-2-7(6), Ala.Code 1975.
THOMPSON, PITTMAN, and MURDOCK, JJ., concur.
YATES; P.J., dissents, with writing.